IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BRIAN H. SANTOS, | )<br>) |
| Plaintiff, | )<br>) Case No. 2:16-CV-00434-RSM |
| vs. | )<br>) **STIPULATION AND ORDER OF**<br>) **WITHDRAWAL AND**<br>) **SUBSTITUTION OF COUNSEL** |
| U.S. BANK NATIONAL ASSOCIATION;<br>SAFEGUARD PROPERTIES, LLC; AND<br>QUEST PRESERVATION | )<br>)<br>) |
| Defendants. | )<br>) |

**TO:** THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

**AND TO:** All parties and counsel of record

<u>STIPULATION</u>

The parties, by and through their respective counsel, hereby stipulate to the Withdrawal of Brian Janura and Shawn J. Larsen-Bright and the law firm of DORSEY & WHITNEY LLP as the attorneys of record for Defendant U.S. Bank National Association (the "Bank") and to the substitution of Aaron A. Wagner and the law firm of LOCKE LORD LLP as the attorneys of record for the Bank.

STIPULATION AND ORDER OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL
2:16-CV-00434
Page 1

Aaron A. Wagner
Locke Lord LP
Terminus 200, Suite 1200
3333 Piedmont Road
Atlanta, Georgia 30305
T: (503) 222-4424
F: (503) 827-7600

ATL 558082v.1

WHEREAS, the above-referenced cause of action was removed from the Superior Court of the State of Washington, King County Case No. 16-2-04348-8, and whereas the Bank has chosen Aaron A. Wagner and the law firm of LOCKE LORD LLP as substitute counsel. From this date forward, please send all pleadings, notices, calendars and other communications regarding this case for the Bank to the undersigned attorney at the address below and through electronic service.

Service Address:

Aaron A. Wagner, Esq.
LOCKE LORD LLP
Terminus 200, Suite 1200
3333 Piedmont Road
Atlanta, Georgia 30305
Email: aaron.wagner@lockelord.com

WHEREAS, Plaintiff Brian H. Santos represented by Christi C. Goeller of LUCE KENNEY AND ASSOCIATES, stipulates to the withdrawal of Brian Janura and Shawn J. Larsen-Bright as counsel of record for the Bank.

WHEREAS, Defendant Safeguard Properties, LLC and Quest Preservation represented by Kenneth E Hepworth, Esq. of LAW OFFICE OF ANDREA HOLBURN BERNARDING, stipulates to the withdrawal of Brian Janura and Shawn J. Larsen-Bright as counsel of record for the Bank.

PER LR 83.2, the undersigned counsel certifies that a copy of this STIPULATION AND ORDER OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL was sent to the Bank and has been approved accordingly.

PER LR 83.2, the undersigned counsel stipulate to the Withdrawal of Brian Janura and Shawn J. Larsen-Bright from this matter and the entry of Aaron A. Wagner and the law firm of LOCKE LORD LLP as counsel for the Bank in this matter.

DATED this ___ day of August, 2017.

STIPULATION AND ORDER OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL
2:16-CV-00434
Page 2

Aaron A. Wagner
Locke Lord LP
Terminus 200, Suite 1200
3333 Piedmont Road
Atlanta, Georgia 30305
T: (503) 222-4424
F: (503) 827-7600

ATL 558082v.1

| | |
|---|---|
| _____ <br> Josias E. Flynn, Esq., WSBA #44130 <br> LUCE & ASSOCIATES, P.S. <br> 4505 Pacific Hwy E, Suite A <br> Tacoma, WA 98424 <br> Email: Josias.flynn@lucelawfirm.com <br> *Attorney for Plaintiff, Brian H. Santos* | _____ <br> Brian Janura, Esq., WSBA #50213 <br> Shawn J. Larsen-Bright, Esq., WSBA #37066 <br> DORSEY & WHITNEY <br> 701 Fifth Avenue, Suite 6100 <br> Seattle, WA 98104-7043 <br> Email: janura.brian@dorsey.com <br> Email: larsen.bright.shawn@dorsey.com <br> *Withdrawing Attorneys for Defendant U.S. Bank National Association* |
| _____ <br> Kenneth E Hepworth, Esq.,WSBA # 21374 <br> LAW OFFICE OF ANDREA HOLBURN BERNARDING <br> 1730 Minor Avenue, Suite 1130 <br> Seattle, WA 98101 <br> Email: hepwok1@nationwide.com <br> *Attorney for Defendants Safeguard Properties, LLC and Quest Preservation* | _____ <br> Aaron A. Wagner, Esq., WSBA #51905 <br> LOCKE LORD LLP <br> Terminus 200, Suite 1200 <br> 3333 Piedmont Road <br> Atlanta, Georgia 30305 <br> Email: aaron.wagner@lockelord.com <br> *Substitute Attorney for Defendant U.S. Bank National Association* |

STIPULATION AND ORDER OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL  
2:16-CV-00434  
Page 3

Aaron A. Wagner  
Locke Lord LP  
Terminus 200, Suite 1200  
3333 Piedmont Road  
Atlanta, Georgia 30305  
T: (503) 222-4424  
F: (503) 827-7600

ATL 558082v.1

## ORDER OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Based upon the above Stipulation, it is hereby ORDERED, ADJUDGED, and DECREED that Brian Janura and Shawn J. Larsen-Bright of DORSEY & WHITNEY are hereby withdrawn as counsel for Defendant U.S. Bank National Association in this matter.

It is also hereby ORDERED, ADJUDGED, and DECREED that Aaron A. Wagner of LOCKE LORD LLP is substituted as counsel for Defendant U.S. Bank National Association in this matter.

DATED this 14 day of August 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**Presented By:**

/s/ Aaron A. Wagner
Aaron A. Wagner, Esq., WSBA #51905
LOCKE LORD LLP
Terminus 200, Suite 1200
3333 Piedmont Road
Atlanta, Georgia 30305
Email: aaron.wagner@lockelord.com
*Substitute Attorney for Defendant*
*U.S. Bank National Association*

**Approved as to Form**
**Notice of Presentation Waived by:**

/s/ Josias Flynn (w/ expressed permission)
Josias E. Flynn, Esq., WSBA #44130
LUCE & ASSOCIATES, P.S.
4505 Pacific Hwy E, Suite A
Tacoma, WA 98424
Email: Josias.flynn@lucelawfirm.com
*Attorney for Plaintiff, Brian H. Santos*

STIPULATION AND ORDER OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL
2:16-CV-00434
Page 4

Aaron A. Wagner
Locke Lord LP
Terminus 200, Suite 1200
3333 Piedmont Road
Atlanta, Georgia 30305
T: (503) 222-4424
F: (503) 827-7600

ATL 558082v.1

1 | /s/ Kenneth E. Hepworth (w/ expressed permission)
Kenneth E Hepworth, Esq., WSBA # 21374
2 | LAW OFFICE OF ANDREA HOLBURN BERNARDING
3 | 1730 Minor Avenue, Suite 1130
Seattle, WA 98101
4 | Email: hepwok1@nationwide.com
*Attorney for Defendants Safeguard Properties, LLC*
5 | *and Quest Preservation*

7 | /s/ Shawn J. Larsen-Bright (w/ expressed permission)
Brian Janura, Esq., WSBA #50213
8 | Shawn J. Larsen-Bright, Esq., WSBA #37066
DORSEY & WHITNEY
9 | 701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
10 | Email: janura.brian@dorsey.com
11 | Email: larsen.bright.shawn@dorsey.com
*Withdrawing Attorneys for Defendant U.S. Bank National Association*

STIPULATION AND ORDER OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL
2:16-CV-00434
Page 5

Aaron A. Wagner
Locke Lord LP
Terminus 200, Suite 1200
3333 Piedmont Road
Atlanta, Georgia 30305
T: (503) 222-4424
F: (503) 827-7600

ATL 558082v.1