UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRIAN H. SANTOS,

                Plaintiff,

       -vs-

U.S. BANK NATIONAL ASSOCIATION, et. Al.,

                Defendants

Case No. C16-0434 RSM

STIPULATION FOR, AND ORDER OF, DISMISSAL OF ALL CLAIMS

## STIPULATION

COME NOW the parties hereto, through their attorneys of record, and hereby stipulate that:

1. all claims against Defendants and any counterclaims or cross-claim against any party shall be dismissed with prejudice and without costs to any party,

2. the judgment entered against the plaintiff via the Court's 1/18/18 Order, (Doc. No. 55), has been satisfied, and

3. the attached Order of Dismissal may be presented without notice of presentation.

DATED this 3rd day of May, 2018.

STIPULATION FOR, AND ORDER OF, DISMISSAL
- Page 1

**LUCE & ASSOCIATES, P.S.**
4505 Pacific Highway East, Suite A
Tacoma, Washington 98424-2638
Tel: (253) 922-8724 Fax: (253) 922-2802

**LUCE & ASSOCIATES, P.S.**


/s/ F. Hunter MacDonald
F. HUNTER MACDONALD WSBA #22857
Attorney for Plaintiff Brian Santos


**LOCKE LORD LLP**

/s/ Aaron A. Wagner
AARON A. WAGNER., WSBA #51905
Attorney for Defendant U.S. Bank National Association


**LAW OFFICE OF ANDREA HOLBURN
BERNARDING**

/s/Kenneth E. E. Hepoworth
KENNETH E. HEPOWORTH, WSBA #21374
Attorney for Defendants Safeguard Properties, LLC and
QUEST PRESERVATION


## <u>ORDER</u>

This matter having come on regularly before the Court upon the stipulation of the parties and the Court being fully advised, now therefore,

IT IS HEREBY ORDERED that all claims against Defendants and any counterclaims or crossclaims against any party are hereby dismissed with prejudice and without costs to either party and the Order Granting In Part And Denying In Part Supplemental Motion For Attorney's Fees (Dkt. #55), has been satisfied.

DATED this 11th day of May 2018.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION FOR, AND ORDER OF, DISMISSAL
- Page 2

**LUCE & ASSOCIATES, P.S.**
4505 Pacific Highway East, Suite A
Tacoma, Washington  98424-2638
Tel: (253) 922-8724 Fax: (253) 922-2802

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

**LUCE & ASSOCIATES, P.S.**
4505 Pacific Highway East, Suite A
Tacoma, Washington  98424-2638
Tel: (253) 922-8724 Fax: (253) 922-2802